IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC W. ROLAND : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| FOOD SERVICES MANAGEMENT : | CIVIL ACTION NO. |
| BY MGR, LLC, and COMPASS : | 1:14-CV-2660-AT |
| GROUP USA, INC. doing business as : | |
| LEVY RESTAURANTS, : | |
| : | |
| Defendants. : | |

## **ORDER**

This matter is before the parties' Joint Motion for Approval of Settlement and Dismissal of the Lawsuit With Prejudice [Doc. 7]. The parties conferred with the Court regarding the settlement agreement on January 9, 2015. The Court has reviewed the Agreement for adequacy and considered counsel's explanation of the settlement terms and the practical litigation considerations that warrant settlement of this matter, consistent with the requirements of the Fair Labor Standards Act, 29 U.S.C. § 216. *See Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982). Based on the totality of counsel's explanation, the Court finds that the Settlement Agreement under the circumstances of this case is fair, adequate, and reasonable.

Therefore, the Court **GRANTS** the Parties' Joint Motion for Approval of Settlement and Dismissal of the Lawsuit With Prejudice [Doc. 7] and **APPROVES** the settlement as a fair, reasonable, and adequate resolution of this action. The Clerk is **DIRECTED** to close the case.

It is **SO ORDERED** this 9th day of January, 2015.

_____
**Amy Totenberg**
**United States District Judge**